**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**GARY THOMPSON**                                                              **PLAINTIFF**

**v.**                      **Case No. 4:13-cv-735-KGB**

**ANDY SHOCK, individually
and in his official capacity
as Faulkner County Sheriff**                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court grants in part and denies in part defendant's motion for summary judgment. The Court grants defendant's motion for summary judgment on plaintiff's claims under the First Amendment, enters judgment in favor of defendant on plaintiff's First Amendment claims for the reasons set out in the Order, and dismisses with prejudice plaintiff's First Amendment claims. To the extent that the Order does not dispose of plaintiff's claims under the Arkansas Public Employees Political Freedom Act, the Court declines to exercise supplemental jurisdiction over such claims and dismisses without prejudice those claims. The Court grants defendant's motion for summary judgment as to plaintiff's claims under the federal Fair Labor Standards Act and the Arkansas Minimum Wage Act, enters judgment in favor of defendant on those claims for the reasons set out in the Order, and dismisses with prejudice those claims. The Court denies as moot defendant's motion for summary judgment on plaintiff's claims for damages.

SO ADJUDGED this 24th day of June, 2015.

_____
Kristine G. Baker
United States District Judge